IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STANLEY RUDOLPH SCOTT,

     Petitioner,

                                        Case No.  21-cv-69-wmc

  v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, STATE OF WISCONSIN,

     Respondent.

---

## JUDGMENT IN A CIVIL CASE

---

     IT IS ORDERED AND ADJUDGED that judgment is entered denying Stanley Scott's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 5/10/2021 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |